Kenneth FORD, Movant,

v.

STATE of Missouri, Respondent.

No. 45276.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 15, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 13, 1983.

Application to Transfer Denied
June 30, 1983.

Cynthia S. Holmes, St. Louis, for movant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Westfall, Pros. Atty., Clayton, for respondent.

CRANDALL, Presiding Judge.

Movant appeals from the trial court's denial of his Rule 27.26 motion after an evidentiary hearing. In the original proceeding, movant pleaded guilty to five counts of first degree robbery with a dangerous weapon and was sentenced to fifteen years imprisonment for each count, the sentences to run concurrently.

On appeal, movant contends that his plea of guilty was involuntary; that he was denied effective assistance of counsel; and that he was not completely advised of his rights at the guilty-plea proceeding.

We have carefully reviewed the transcript, the legal file, and the briefs filed on appeal. We conclude that the judgment of the trial court in this Rule 27.26 proceeding is based on findings of fact which are not clearly erroneous. An extended opinion would have no precedential value. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).

REINHARD and CRIST, JJ., concur.